No. 540. COX *v.* PETERS ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted. *W. S. Allen, Hamilton Douglas, Jr., C. Baxter Jones, Jr.* and *David L. Mincey* for appellant. *Eugene Cook,* Attorney General of Georgia, *M. H. Blackshear, Jr.,* Deputy Assistant Attorney

General, *B. D. Murphy, Edward E. Dorsey* and *M. F. Goldstein* for appellees.